256 So.2d 442

**WILSON P. ABRAHAM CONSTRUC-TION CORPORATION**

v.

**CITY OF NEW ORLEANS.**

No. 52074.

Jan. 27, 1972.

In re: Wilson P. Abraham Construction Corporation applying for writs of prohibition, certiorari or mandamus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.